**DISMISS and Opinion Filed June 29, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00076-CV

**SEVEN THOUSAND EIGHT HUNDRED NINETY DOLLARS IN UNITED STATES CURRENCY, Appellant**
**V.**
**STATE OF TEXAS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00937**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

After appellant failed to timely file his brief, we directed appellant by postcard dated June 8, 2022 to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220076F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SEVEN THOUSAND EIGHT
HUNDRED NINETY DOLLARS IN
UNITED STATES CURRENCY,
Appellant

No. 05-22-00076-CV     V.

STATE OF TEXAS, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-00937.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 29, 2022